**FOUR RIVERS INVESTMENT, INC., Plaintiff–Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2008–5017.

United States Court of Appeals, Federal Circuit.

Aug. 4, 2009.

Robert L. Goldstein, Law Offices of Robert L. Goldstein, of San Francisco, California, argued for plaintiff-appellant.

Teresa T. Milton, Trial Attorney, Appellate Section, Tax Division, United States Department of Justice, of Washington, DC, argued for defendant-appellee. With her on the brief were John A. Dicicco, Acting Assistant Attorney General, and Andrea R. Tebbets, Attorney.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed.Cir.R.36.